**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 1, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00868-CV

### S.A., APPELLANT

### V.

### H.A, INDIVIDUALLY AND AS NEXT FRIEND OF A.A., A MINOR CHILD, APPELLEE

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-26613**

### MEMORANDUM OPINION

This is an appeal from a final protective order signed October 9, 2020. *See* Tex. Fam. Code Ann. § 81.009(a). On January 28, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.